NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IROBOT CORPORATION,**
*Appellant*

v.

**SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, SHARKNINJA SALES COMPANY,**
*Appellees*

---

2022-1235

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00735.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2        iRobot Corporation v. SharkNinja Operating LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

May 5, 2022
    Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** May 5, 2022